752 A.2d 403

Lawrence LUCAS

v.

WORKERS' COMPENSATION APPEAL BOARD
(KLEEN ALL OF AMERICA, INC.).

Appeal of Kleen All of America, Inc.

Supreme Court of Pennsylvania.

Submitted March 7, 2000.

Decided June 19, 2000.

Jonathan F. Ball, Philadelphia, for Kleen All of America.

Neil Marcus, Monongahela, for Lawrence Lucas.

David Hawkins, Secretary, James A. Holzman, Deputy Chief Counsel, Amber M. Kenger, Asst. Counsel, for W.C.A.B.

D. Michael Fisher, Atty. Gen., for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

AND NOW, this 19th day of June, 2000, the Order of the Commonwealth Court dated February 17, 1999 at No. 2691 C.D. 1998, is hereby REVERSED. *See American Manufacturers Mut. Ins. Co. v. Sullivan,* 526 U.S. 40, 119 S.Ct. 977,

143 L.Ed.2d 130 (1999), *rev'g Sullivan v. Barnett,* 139 F.3d 158 (3d Cir.1998).

It is also ordered that this case be remanded to the Workers' Compensation Judge for a calculation of the credit, if any, that is due Kleen All of America, Inc. for payments made to Doyle L. Tarwater, M.D. for medical treatment of appellee from December 27, 1994 through to May 29, 1996.

Jurisdiction relinquished.